914

No. 78–5243. Woodsum v. City of New Orleans et al. C. A. 5th Cir. Certiorari denied.

No. 78–5249. Gates v. Pennsylvania. Sup. Ct. Pa. Certiorari denied.

No. 78–5256. Fournier v. LeFevre, Correctional Superintendent. C. A. 2d Cir. Certiorari denied.

No. 78–5265. Carter v. New York. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 78–5278. Boyd v. Mabry, Correction Commissioner, et al. C. A. 8th Cir. Certiorari denied.

No. 78–5282. Young v. California. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 78–5291. McBreen v. Ohio. Sup. Ct. Ohio. Certiorari denied.

No. 78–5299. Lipscomb v. Kalosis et al. C. A. 6th Cir. Certiorari denied.

No. 78–5304. Ledesma v. United States. C. A. 5th Cir. Certiorari denied.

No. 78–5310. Magouirk v. United States. C. A. 5th Cir. Certiorari denied.

No. 78–5323. Cruz-Ojeda v. United States. C. A. 5th Cir. Certiorari denied.

No. 78–5334. Whetzel v. United States. C. A. 4th Cir. Certiorari denied.